UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
UNIVERSAL TRUCKLOAND, INC.,             )
                                        )   Case No. C16-1280RSL
                    Plaintiff,          )
        v.                              )
                                        )   ORDER DENYING MOTION
GELLA STAR TRANSPORT, LLC,              )   FOR DEFAULT JUDGMENT
                                        )
          Defendant/Third Party Plaintiff, )
                                        )
        v.                              )
                                        )
WHITE STAR TRANSPORT, LLC,              )
                                        )
              Third Party Defendant.    )
_____)

This matter comes before the Court on third party plaintiff Gella Star Transport, LLC's "Motion for Entry of Default Judgment." Dkt. # 17. Having reviewed the motion, the supporting materials, and the remainder of the record, the Court finds as follows:

The default entered in the above-captioned matter has established the well-pleaded allegations of the complaint pertaining to liability. Third party defendant White Star Transport, LLC, will therefore be liable for whatever cargo loss/damage is proven by plaintiff at trial and for Gella Star's attorney's fees and costs in this litigation. Entry of judgment would be premature, however, because Gella Star's underlying liability and damages have not yet been ascertained.

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT

For all of the foregoing reasons, Gella Star's motion for default judgment (Dkt. # 17) is DENIED.

Dated this 26th day of April, 2017.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT                               -2-