Judge Robert S. Lasnik

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON - SEATTLE**

UNIVERSAL TRUCKLOAD, INC.,
      Plaintiff,

vs.

GELLA STAR TRANSPORT, LLC,
      Defendant/Third Party
      Plaintiff,

vs.

WHITE STAR TRANSPORT, LLC
      Third Party Defendant

**NO. 2:16-cv-1280-RSL**

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE UNDER
Fed. R. Civ. P. 41(a)**

**STIPULATION**

COME NOW Plaintiff Universal Truckload, Inc., and Defendant Gella Star Transport, LLC, by and through their undersigned counsel of record, and hereby stipulate that pursuant to FRCP 41(a), all claims which were or could have been asserted herein, by and between Universal Truckload and Gella Star, shall be dismissed with prejudice and without admission of liability, and with each party to bear its own costs, including attorney fees. This stipulation does not pertain to Defendant Gella Star Transport's third-party claim against White Star.

//

//

//

Stipulation and (Proposed) Order of Dismissal – page 1
Cause No. 2:16-cv-1280-RSL

GARDNER TRABOLSI & ASSOCIATES PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

Respectfully submitted this ___16___ ᵗᴴ day of May, 2017.

VI JEAN RENO

Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Fax: (206) 464-0461
Email: vjreno@renolawsea.com
Attorneys for Plaintiff Universal Truckload, Inc.

GARDNER TRABOLSI & ASSOCIATES PLLC

David D. Mordekhov, WSBA No. 32900
Gardner Trabolsi & Associates PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Fax: (206) 256-6318
Email: dmordekhov@gandtlawfirm.com
Attorneys for Defendant Gella Star Transport, LLC

## ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the stipulation of the above-named parties, and the Court being fully advised in the premises, NOW THEREFORE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of the Plaintiff Universal Truckload, Inc. against Defendant Gella Star Transport, LLC are hereby dismissed with prejudice and without costs to any party. This dismissal does not pertain to Defendant Gella Star Transport's third-party claim against White Star.

DATED this ___23rd___ day of ___May___, 2017.

_____
Honorable Robert S. Lasnik

Stipulation and (Proposed) Order of Dismissal — page 2
Cause No. 2:16-cv-1280-RSL

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

1

2

Presented by:

3

4    VI JEAN RENO

5    Vi Jean Reno, WSBA No. 9385
6    Law Offices of Vi Jean Reno
     1420 Fifth Avenue, Suite 3000
7    Seattle, WA 98101
     Telephone: (206) 622-4100
8    Fax: (206) 464-0461
     Email: vjreno@renolawsea.com
9    Attorneys for Plaintiff Universal Truckload, Inc.

10

11   GARDNER TRABOLSI & ASSOCIATES PLLC

12

13   David D. Mordekhov, WSBA No. 32900
     Gardner Trabolsi & Associates PLLC
14   2200 Sixth Avenue, Suite 600
     Seattle, WA 98121
15   Telephone: (206) 256-6309
     Fax: (206) 256-6318
16   Email: dmordekhov@gandtlawfirm.com
     Attorneys for Defendant Gella Star Transport, LLC
17

18

19

20

21

22

23

24

25   Stipulation and (Proposed) Order of Dismissal – page 3
     Cause No. 2:16-cv-1280-RSL

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318