UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
UNIVERSAL TRUCKLOAD, INC.,          )
                                    )   Case No. C16-1280RSL
                Plaintiff,          )
        v.                          )
                                    )   ORDER DIRECTING CLERK
GELLA STAR TRANSPORT, LLC,          )   TO ENTER JUDGMENT
                                    )   AGAINST THIRD PARTY
        Defendant/Third Party Plaintiff, )  DEFENDANT WHITE STAR
                                    )   TRANSPORT, LLC
        v.                          )
                                    )
WHITE STAR TRANSPORT, LLC,          )
                                    )
        Third Party Defendant.      )
_____ )

This matter comes before the Court on third party plaintiff Gella Star Transport, LLC's "Second Motion for Entry of Default Judgment." Dkt. # 22. Having reviewed the motion, the supporting materials, and the remainder of the record, the Court finds as follows:

The default entered in the above-captioned matter has established the well-pleaded allegations pertaining to liability, and Gella Star has now presented evidence regarding its underlying liability and damages in this matter. The Court finds that third party defendant White Star Transport, LLC, is liable for the amounts Gella Star paid to defend and settle the claims asserted against it.

ORDER DIRECTING CLERK TO
ENTER JUDGMENT

The Clerk of Court is therefore directed to enter judgment in favor of Gella Star Transport, LLC, and against White Star Transport, LLC, in the amount of $45,887.00, including $40,000.00 in principal liability, $5,757.50 in attorney's fees, and $129.50 in costs. Post-judgment interests shall accrue as provided by 28 U.S.C. § 1961 on outstanding amounts until the judgment is satisfied.

DATED this 24th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO
ENTER JUDGMENT -2-